450 A.2d 1057

McIlrath, Appellant v. Sanctis et al.

Argued April 14, 1981. Neal R. Cramer, for appellant; Bart M. Beier, for appellee.

628

Before CAVANAUGH, JOHNSON and SHERTZ, JJ.
Order affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.